IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JAMES STUART AND CHIYI
WANG, ET AL.,

      Appellants,

v.                                   Case No. 5D14-2553

WELLS FARGO BANK, N.A.,

      Appellee.

_____/

Opinion filed February 23, 2016

Appeal from the Circuit Court
for Citrus County,
Barbara Gurrola, Judge.

Michael A. Saracco, Cocoa, for Appellants.

Michael K. Winston and Dean A. Morande,
of Carlton Fields Jorden Burt, P.A., West
Palm Beach, for Appellee.

PER CURIAM.

      AFFIRMED. See <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150 (Fla. 1979).

LAWSON, C.J., BERGER and EDWARDS, JJ., concur.